191 U. S. Cases Disposed of Without Consideration by the Court.

*Egan* v. *Hart*, 165 U. S. 188; *New Orleans Water Works Company* v. *Louisiana*, 185 U. S. 336; *Spies* v. *Illinois*, 123 U. S. 131; *Miller* v. *Texas*, 153 U. S. 535; *Missouri Pacific Ry. Company* v. *Fitzgerald*, 160 U. S. 556. *Mr. William C. Scarritt* in support of motions. *Mr. James H. Harkless* opposing.

CASES DISPOSED OF WITHOUT CONSIDERATION BY THE COURT, FROM OCTOBER 12, 1903, TO JANUARY 3, 1904.

No. 439. JEUNG JUEN HO, PLAINTIFF IN ERROR, *v.* UNITED STATES. In error to the United States Circuit Court of Appeals for the Ninth Circuit. October 13, 1903. Docketed and dismissed, on motion of *Mr. Solicitor General Hoyt* for the defendant in error. No counsel opposing.

No. 1. T. WALTER BEAM ET AL., APPELLANTS, *v.* GUSTAV H. SCHWAB. On certificate from the United States Circuit Court of Appeals for the Eighth Circuit. October 13, 1903. Dismissed. *Mr. Edmund F. Richardson* for appellants. *Mr. Henry T. Rogers* and *Mr. L. M. Cuthbert* for appellee.

No. 131. WILLIAM VAN PELT, PLAINTIFF IN ERROR, *v.* PEOPLE OF THE STATE OF MICHIGAN. In error to the Supreme Court of the State of Michigan. October 13, 1903. Dismissed, per stipulation. *Mr. Henry M. Duffield* for plaintiff in error. *Mr. Horace M. Oren* for defendants in error.

No. 3. FREIDA SCHRADSKY, PLAINTIFF IN ERROR, *v.* BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF LAKE. In error to the Circuit Court of the United States for the District